**SCOTT M. ZUCKER**
ATTORNEY AT LAW
135 CROSSWAYS PARK DRIVE, SUITE 201
WOODBURY, NEW YORK 11797

TELEPHONE (516) 921-0090
FACSIMILE (516) 364-3345

116 JOHN STREET
SUITE 312
NEW YORK, NEW YORK 10038

4510 COX ROAD, SUITE 100
ROWE PLAZA
GLEN ALLEN, VIRGINIA 23060

# MEMO ENDORSED

December 12, 2007

By Fax Only: (914) 390.4179

Honorable Stephen C. Robinson
U.S. District Court
300 Quarropas Street
White Plains, NY 10601

**RE: Merrill Herman and Sharron Dupler v. David Berson, Daremy Court Qualified Ventures, L.L.C., Daremy Court XIV, Inc. and Fiserv, Inc. Case No. 07 civ 10263 (SCR)**

Dear Judge Robinson:

Plaintiffs counsel, Mr. Ginsberg, has agreed to extend the defendants, David Berson, Daremy Qualified Ventures, L.L.C., and Daremy Court XIV, Inc. time to answer or move as to the complaint until January 7, 2008. With the further understanding that defendants David Berson, Daremy Court Qualified Ventures, L.L.C., Daremy Court XIV, Inc. will seek no further extension of their time to respond to the complaint.

Along with my co-counsel, Andrew B. Schultz, I was authorized to enter into the time extension on behalf of defendants David Berson, Daremy Court Qualified Ventures, L.L.C., and Daremy Court XIV, Inc.

Sincerely,

Scott M. Zucker

cc: by fax
Peter R. Ginsberg, Esq.
(212) 223.4134

APPLICATION GRANTED

Stephen C Robinson
HON. STEPHEN C. ROBINSION

12/14/07