# ReedSmith

**Wendy H. Schwartz**
Direct Phone: 212-549-0272
Email: wschwartz@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
212.521.5400
Fax 212.521.5450
Direct Fax: 212.521.5450

December 14, 2007

<u>Via Fax (914-390-4179)</u>

Hon. Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**MEMO ENDORSED**

Re:  <u>Merrill Herman and Sharron Dupler v. David Berson, et al.</u>, 07 Civ. 10263 (SCR)

Dear Judge Robinson:

We represent Fiserv, Inc. ("Fiserv"), a defendant in the above referenced action. I write to respectfully request a 20-day extension, from December 18, 2007 to January 7, 2008, for Fiserv to answer, move, or otherwise respond to the Complaint, and a concomitant extension of the Scheduling Order submission date, from December 28, 2007 to January 17, 2008.

These extensions are requested to provide time to discuss with the plaintiffs our request that the matter be voluntarily dismissed as to Fiserv on the grounds that (1) Fiserv had no role in plaintiffs' accounts; (2) Fiserv's affiliate, Fiserv Trust (not a named defendant), held plaintiffs' accounts, but was merely a custodian and did not have any role in the acts complained of that allegedly resulted in a loss to plaintiffs; and (3) plaintiffs agreed that all disputes with Fiserv Trust must be arbitrated. If plaintiffs will not agree to voluntarily dismiss Fiserv, the requested extensions are needed to provide time for Fiserv to prepare and file a pre-answer motion to dismiss.

This is Fiserv's first request for an extension of time. Plaintiffs' counsel and counsel for the other defendants in this action have advised me that they consent to this request.

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSION
12/18/07

Respectfully Yours,

*Wendy H Schwartz* (BAN)

Wendy H. Schwartz

cc:  (via fax)
Patrick Gaffney, Esq., Counsel for Plaintiffs
Scott Zucker, Esq., Counsel for Defendants Berson, Daremy Court Ventures, L.L.C.
and Daremy Court XIV, Inc.

LONDON ♦ NEW YORK ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ PRINCETON ♦ FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG

reedsmith.com