Peter R. Ginsberg, Esq. (PG6712)
Patrick Gaffney, Esq. (PG1584)
CROWELL & MORING LLP
153 East 53rd Street
New York, NY 10022
(P): 212-223-4000
(F): 212-223-4134

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
                  :

MERRILL HERMAN AND        :
SHARRON DUPLER,          :
                  :    07 Civ. 10263 ( . .. )
**Plaintiffs**              :
                  :
    **versus**         :    STIPULATION OF
                  :    VOLUNTARY DISMISSAL
DAVID BERSON, DAREMY COURT   :    OF DEFENDANT
QUALIFIED VENTURES, L.L.C.,    :    FISERV, INC.
DAREMY COURT XIV, INC. and    :
FISERV, INC.,            :
                  :
**Defendants**            

---------------------------------------------x

        Plaintiffs Merrill Herman and Sharron Dupler ("Plaintiffs"), by their attorneys Crowell & Moring LLP, and Defendant Fiserv, Inc., by their attorneys Reed Smith, stipulate and agree as follows:

1.    Plaintiffs hereby dismiss with prejudice the above-referenced action against Fiserv, Inc. only; and

2.    Plaintiffs hereby reserve all of their rights to file for arbitration of any and all of their claims against Fiserv Trust; and

NYIWDMS: 10371992_1



3.    Each side shall bear its own costs.


Dated:    January 14, 2008
          New York, New York

                                    CROWELL & MORING LLP

                                    By: _____
                                        Peter R. Ginsberg, Esq. (PG6712)
                                        Patrick Gaffney, Esq. (PG1584)
                                        153 East 53rd Street
                                        New York, New York 10022
                                        T: (212) 223-4000
                                        F: (212) 223-4134

                                        Attorneys for Plaintiffs
                                        Merrill Herman and Sharron
                                        Dupler

                                    REED SMITH LLP

                                    By: _____
                                        Wendy H. Schwartz, Esq.
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        T: (212) 521-5400
                                        F: (212) 521-5450

                                        Attorneys for Defendant
                                        Fiserv, Inc. and for
                                        Fiserv Trust.

So Ordered: _____

Hon. Stephen C. Robinson, U.S.D.J.


NY1WDMS: 10371992_1

-2-