UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Merrill Herman, et al.

                Plaintiff(s)

                              ORDER OF REFERENCE
        v.                         TO A MAGISTRATE JUDGE

                              07 CV 10263  (SCR)(MDF)

David Berson, et al.

                Defendants(s)
------------------------------------------------------------------X

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Social Security |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Settlement* | | Particular Motion:_____ |
| ___ | Inquest After Default/Damages Hearing | ___ | All such motions:_____ |
| ___ | For jury selection | | |
| ___ | Habeas Corpus | | |

* Do not check if already referred for general pretrial.

DATED:    White Plains, New York

3/12/08

SO ORDERED

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:____ DATE FILED:____]

Stephen C. Robinson
United States District Judge
Stephen C. Robinson