UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Herman, et al.

                         Plaintiff,                       07 CIVIL 10263 ( SCR)

   -against-

Berson, et al.

                        Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Peter R. Ginsberg, Esq.

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: PG6712

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From: Peter R. Ginsberg, PC

    To: Crowell & Moring LLP

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ *Address:* 153 East 53rd Street - 31st Floor; NY, NY 10022

☑ *Telephone Number:* (212) 895-4268

☑ *Fax Number:* (212) 223-4201

☑ *E-Mail Address:* pginsberg@crowell.com

Dated: 4/17/08                         *[signature: Peter R. Ginsberg]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MERRILL HERMAN and SHARRON DUPLER,   :   07 CIV 10263 (SCR)
                                     :
                Plaintiffs,          :
                                     :   **AFFIDAVIT OF SERVICE**
DAVID BERSON, DAREMY COURT           :   **(Via First Class Mail)**
QUALIFIED VENTURES, L.L.C., DAREMY   :
COURT XIV, INC. and FISERV, INC.,    :
                                     :
                Defendants.          :
                                     :
------------------------------------------------------------x

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

   **I, ZENA GILBERT**, being duly sworn, deposes and says:

   1. That deponent is over 18 years of age and is employed with Crowell & Moring, 153 East 53rd Street, 31st Floor, New York, NY 10022.

   2. That on April 21, 2008, deponent served a true copy the of the **Notice of Change of Address** upon the addresses set forth upon the annexed service list by depositing same in postage paid, properly addressed envelope(s) in an official depository under the exclusive care and custody of the United States Postal Service in the Borough of Manhattan, within the City and State of New York.

                      ZENA I. GILBERT

Sworn to before me this
21st day of April, 2008
_____
NOTARY PUBLIC

      JOHN J. LUND
   Notary Public, State of New York
     No. 01LU6163687
   Qualified in New York County
  Commission Expires April 2, 2011

TO: All Parties on the
   Attached Service List

**SERVICE LIST**
Herman vs. Berson, *et al.*
07 CIV 10263 (SCR)

Scott M. Zucker, Esq.
Scott M. Zucker, Attorney at Law
135 Crossways Park Drive – Suite 201
Woodbury, NY  11797