UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MERRILL HERMAN AND SHARRON :
DUPLER, :
 :
               Plaintiffs, :
 : 07 Civ. 10263 (SCR)
   -against- :
 :
DAVID BERSON, DAREMY COURT :
QUALIFIED VENTURES, L.L.C., DAREMY :
COURT XIV, INC. and :
FISERV, INC., :
 :
               Defendants. :
 :
---------------------------------------------------------------- x

### [Proposed] ORDER

Upon consideration of the representations of Defendants' counsel, discovery disputes presented to the Court, the prior orders of the Court regarding certain documents to be delivered by the United States Attorney's Office to Defendants' counsel ("Discovery Documents"); and after due deliberation thereon and good and sufficient cause appearing,

IT IS HEREBY ORDERED and DECREED that Defendants' counsel produce all Discovery Documents to Plaintiffs' counsel, to arrive at Crowell & Morning, LLP, 153 E. 53rd Street, 31st Floor, New York, NY 10022, Attention: Peter R. Ginsberg, no later than 5:00 PM on July 3, 2008.

ORDERED this 27 day of June, 2008.

                                                       Stephen C. Robinson
                                                       United States District Judge